IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNION OIL COMPANY OF CALIFORNIA
and UNOCAL CORPORATION,
    Plaintiff(s),

vs.                                      2:07MC00094-WBS/GGH

CALIFORNIA AIR RESOURCES BOARD,

    Defendants.                     ORDER
_____/

        Presently before the court is plaintiffs' motion to compel, scheduled for hearing on November 29, 2007. No joint statement having been filed in accordance with this court's October 31, 2007 order, the matter will be vacated from the calendar.

        Accordingly, IT IS ORDERED that plaintiffs' motion to compel, filed October 26, 2007, is vacated from the calendar for November 29, 2007.

DATED: 11/27/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:076:Union0094.vac.wpd

1